1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LUIS C. SANCHEZ, | ) | Case No. CV 17-00751-SJO (JDE) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARREN L. MONTGOMERY, | ) | |
| Warden, | ) | |
| Respondent. | ) | |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: May 16, 2017.

S. James Otero

_____
S. JAMES OTERO
United States District Judge

1